# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Allen Jones, | No. CV-24-08076-PCT-SMB |
| Petitioner, | No. CR-18-08040-001-PCT-SMB |
| v. | **ORDER** |
| United States of America, | |
| Respondent. | |

United States Magistrate Judge Deborah Fine has issued a report and recommendations ("R&R") (Doc. 39) recommending that the Amended § 2255 Motion (Doc. 26) be denied with prejudice without an evidentiary hearing and that the Clerk of Court be directed to terminate this matter. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 29-30) (citing Rule 72, Federal Rules of Civil Procedure) No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of Magistrate Judge Fine. The Court will accept and adopt the R&R.

**IT IS THEREFORE ORDERED** that Report and Recommendation of the Magistrate Judge (Docs. 39) is accepted.

…

…

1 **IT IS FURTHER ORDERED** denying the Amended § 2255 Motion (Doc. 26) with prejudice. The Clerk of Court is directed to terminate this case.

Dated this 18th day of March, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge